UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| JEFFREY M. BISCH, and | ) | Case No. 09-20426-659 |
| DEBRA S. BISCH, | ) | Judge Kathy A. Surratt-States |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| JEFFREY M. BISCH, and | ) | **Adversary No. 09-2016-659** |
| DEBRA S. BISCH, | ) | |
| | ) | **PUBLISHED** |
| Plaintiffs, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The matter before the Court is Plaintiffs' Complaint to Obtain Discharge of Back Taxes Due to the IRS. For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiffs' Complaint is **GRANTED IN PART** and judgment is entered in favor of Plaintiffs/Debtors and against Defendant in that the debt for unpaid taxes, plus interest and penalties for tax year 2004 is DISCHARGEABLE in this Bankruptcy case; and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiffs' Complaint is **DENIED IN PART** and judgment is entered in favor of Defendant and against Plaintiffs/Debtors in that the debt for unpaid taxes, plus interest and penalties for the tax year 2005 is NOT DISCHARGEABLE

in this Bankruptcy case pursuant to 11 U.S.C. § 523(a)(1)(A) and 11 U.S.C. § 507(a)(8)(A)(i); and

this is the final judgment and Order of the Bankruptcy Court in this case.

_____
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED:  September 29, 2010
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Vicki A. Dempsey
Dempsey, Dempsey & Moellring, P.C.
716 Broadway
PO Box 510
Hannibal, MO 63401

Jeffrey  and Debra Bisch
26282 State Hwy 3
Callao, MO 63534

Steven W. LaBounty
District Counsel, I.R.S.
Robert A. Young Bldg.
1222 Spruce, Rm. 6.301A
St. Louis, MO 63103